AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   2:17-mj-00802-VCF |
| ELIZABETH EVANS ) | |
| ) | Charging District:   Western District of Washington |
| *Defendant* ) | Charging District's Case No.   MJ 17-297 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Western District of Washington<br>700 Stewart St.<br>Seattle, WA | Courtroom No.:  12B |
|---|---|---|
| | | Date and Time:  08/07/2017 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   July 28, 2017

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



```
____FILED              ____RECEIVED
____ENTERED            ____SERVED ON
              COUNSEL/PARTIES OF RECORD

            JUL 2 8 2017

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```